TYLER JOSEPH SNIFF
TELEPHONE: (404) 525-9205
FACSIMILE: (404) 522-0275
E-MAIL: TSNIFF@STACKENV.COM
WWW.STACKENV.COM



# STACK&
## ASSOCIATES, P.C.
ATTORNEYS AT LAW

ATLANTA
260 PEACHTREE STREET • SUITE 1200
ATLANTA, GEORGIA 30303
TELEPHONE: (404) 525-9205
TOLL FREE: (877) 622-3891
FACSIMILE: (404) 522-0275

SAVANNAH
P.O. BOX 13124
SAVANNAH, GEORGIA 31406
TELEPHONE: (912) 232-0567
FACSIMILE: (877) 622-3891

May 9, 2019

**VIA U.S. MAIL, CERTIFIED MAIL, AND REGISTERED MAIL**

Adam L. Graft, Manager/Registered Agent
Leatherbrook Holsteins
2620 South Lee Street Road
Americus, GA 31709

**NOTICE OF INTENT TO SUE UNDER THE**
**FEDERAL WATER POLLUTION CONTROL ACT, 33 U.S.C. § 1365 AND THE**
**FEDERAL RESOURCE CONSERVATION AND RECOVERY ACT, 42 U.S.C. § 6972**

Dear Dr. Graft and Site Owner/Manager:

This letter follows your recent conversation with our clients, which include local farmers, residents, and businesses, and Flint Riverkeeper, Inc. about pollution of local water and air resources by Leatherbrook Holsteins, the approximately 12,400-cow dairy/Concentrated Animal Feeding Operation ("CAFO") that you own and operate in Sumter County, Georgia.

The purpose of this letter is to fulfill a promise made to you during one of these conversations by Gordon Rogers, the Flint Riverkeeper, on the shoulder of U.S. Route 19 to share some of our clients' recent water quality sampling data with you. The purpose of this letter is also to notify you that our clients intend to file a citizen suit against you, Leatherbrook Holsteins LLC, Leatherbrook Holsteins #2, LLC, and Leatherbrook Holsteins #3, LLC (collectively, "Leatherbrook Holsteins") for ongoing violations of the federal Clean Water Act ("CWA") and the federal Resource Conservation and Recovery Act ("RCRA") for allowing manure and other pollutants from the CAFO to pollute and degrade local streams and groundwater, endangering the health and well-being of the public and the environment.

Our clients lived happily next to Mr. Anthony's small dairy for years until you purchased and greatly expanded it. Your dramatic expansion of the operation from less than 2,000 cows to more than 12,000 cows (approximately 18,000 Animal Units), while failing to implement adequate and appropriate water and air pollution controls, has negatively impacted our clients' ability to use and enjoy their farms and properties. Many of our clients can no longer fish, hunt, wade, or swim in the streams and wetlands running through and around their properties because of the pollution from your operation. Odors and air quality concerns from the CAFO also prevent them from using and enjoying their farms and properties. The specific details of our clients' claims against Leatherbrook Holsteins are described below.

Dr. Adam Graft
May 9, 2019
Page 2 of 18

# INTRODUCTION

Leatherbrook Holsteins is polluting and degrading Bear Branch (a/k/a Oaheathla Creek), Muckalee Creek, Muckaloochee Creek, their tributaries and adjacent wetlands, and other "waters of the United States" (collectively, "Waters") by unlawfully discharging solid and liquid animal excrement ("manure"), process wastewater, and Other Pollutants (defined below) from a Concentrated Animal Feeding Operation ("CAFO"), which the CWA defines as a "point source" into the Waters. Leatherbrook Holsteins is also discharging these pollutants into the Waters via other point sources identified below, including pipes, drains, ditches, and channels.

Leatherbrook Holsteins is therefore violating the CWA by discharging pollutants into these Waters via point sources without a valid National Pollutant Discharge Elimination System ("NPDES") permit, and/or in violation of the terms and limitations of NPDES General Permit GAG930000, 40 C.F.R. § 122.42(e), and 40 C.F.R. § 412.[1] Leatherbrook Holsteins is also in violation of Section 404 of the CWA because it has filled in several wetland areas and constructed drainage structures that have drained or otherwise destroyed several wetland areas discussed below.

Leatherbook Holsteins has also contributed and/or is contributing to the past or present handling, storage, treatment, transportation, and/or disposal of discarded manure, process wastewater, and other solid waste in such manner that constitutes "open dumping" and may, and indeed does, present an "imminent and substantial endangerment" to health and the local environment, in violation of RCRA. And, as mentioned above, the water and air pollution from Leatherbrook Holsteins continues to damage and interfere with the use and enjoyment of clients' farms and properties next to and near Leatherbrook Holsteins and constitutes a trespass, nuisance, and violation of our clients' riparian rights.

Thus, under the citizen suit provisions of the federal Clean Water Act, 33 U.S.C. § 1365(a)(1), and the federal Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6972, our clients intend to file a citizen suit in the U.S. District Court for the Middle District of Georgia against Leatherbrook Holsteins on or after the 60th day (for the CWA) and the 90th day (for RCRA) from the date of this letter. Our clients include Emory Cornwell Webb, Marjorie Cornwell McRee, Linda Cornwell Turpin, Claire Cornwell Williams, the Estate of Sue Rawls Cornwell, the Estate of Woodie C. Cornwell, the Woodie C. Cornwell Marital Trust, the Woodie C. Cornwell Residuary Trust, Harold J. Israel, Jr., Charles L. Israel, Mark W. Israel, Jenny Crisp, J Crisp Enterprises, LLC, Dr. Henry S. Teaford, Jr., Mary Beth Rogers, Mary Linda Cotten, Verdura Land & Timber Co.; and Flint Riverkeeper, Inc.

---

[1] Leatherbrook Holsteins does not possess coverage under NPDES General Permit GAG930000. If Leatherbrook Holsteins obtains this coverage, the lawsuit will allege that Leatherbrook Holsteins is in violation of that permit for reasons discussed below.

## VIOLATIONS OF THE CLEAN WATER ACT:
## ILLEGAL AND UNPERMITTED DISCHARGES OF POLLUTANTS

The CWA prohibits any person from discharging pollutants from a point source into waters of the United States except in compliance with the terms and limitations of a valid NPDES permit. The CWA defines "point source" to include CAFOs. 33 U.S.C. § 1362(14). The CWA also defines "point source" to mean "any discernable, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel [or] conduit . . . from which pollutants are or may be discharged." *Id.* Leatherbrook Holsteins is responsible for the following past and ongoing illegal point source discharges from Leatherbrook Holsteins to Bear Branch, Muckalee Creek, Muckaloochee Creek, and the other Waters:

- Dry weather discharges of manure, process wastewater, and Other Pollutants (defined below) from open lots, feedlots, and other production areas, and land application areas to the Waters via pipes, drains, ditches, channels, conduits and other point sources.

- Discharges of stormwater containing manure, process wastewater, and Other Pollutants from open lots, feedlots, and other production (non-land application) areas to the Waters via pipes, drains, ditches, channels, conduits, and other point sources during storms up to and including the 25-year, 24-hour storm event.

- Discharges of manure, process wastewater, stormwater containing manure and process wastewater, and Other Pollutants from land application areas to the Waters where application of manure and/or process wastewater was not made, and is now not made, in accordance with a valid, current, and approved Nutrient Management Plan ("NMP") and/or site-specific nutrient management practices that ensure appropriate agricultural and agronomic use of the nutrients in the manure and process wastewater.

- Discharges of manure, process wastewater, and Other Pollutants from the CAFO and pipes, drains, ditches, channels, conduits and other point sources to the Waters via groundwater with a direct hydrological connection between these point sources and the waters.

The "Other Pollutants" referred to above and below include but are not limited to the following: pathogens (including E. coli, salmonella, campylobacter, listeria, cryptosporidium, giardia, rotavirus, norovirus, and hepatitis E), ammonia nitrogen, total Kjeldahl nitrogen, nitrate, nitrite, total nitrogen, phosphorus, biochemical oxygen demand, chemical oxygen demand, total organic carbon, total suspended solids, total dissolved solids, chloride, sulfate, aluminum, arsenic, calcium, copper, iron, lead, magnesium, manganese, nickel, potassium, selenium, sodium, zinc, and antibiotics, hormones, and pharmaceuticals (including aminocyclitol, aminoglycosides, β-lactams, fluoroquinolones, ionophores, macrolides, sulfonamides, tetracyclines, estrogens, zeranol, androgens, trenbolone acetate, progesterone, and rBGH).

Dr. Adam Graft
May 9, 2019
Page 4 of 18

Below is some water quality sampling data that our clients said they would share with you:

**Figure 1: Recent Bear Branch E. coli Sampling Data (3600 ≈ TNTC)**



The water quality standard for E. coli is 126 CFU/100 ml (geometric mean) for May to October and 630 CFU/100 ml (geometric mean) for November to April. Samples showing approximately 3,600 CFU/100 ml likely have far higher E. coli counts, as those readings are "too numerous to count." As you can see from the chart, the water quality standard for E. coli in Bear Branch next to and downstream of Leatherbrook Holsteins was violated throughout the year (midstream at Bear Branch Road and downstream at U.S. Route 19). In contrast, Bear Branch upstream of the CAFO met or exceeded the water quality standard for E. coli throughout the year.

Dr. Adam Graft
May 9, 2019
Page 5 of 18

The violations of the CWA also include the past and ongoing operation of Leatherbrook
Holsteins in a way that violates the terms and limitations of GAG930000, 40 C.F.R. § 122.42(e),
and 40 C.F.R. § 412.  These violations include but are not limited to the following:

- Failure to have retention structures on open lots and feedlots containing
  thousands of cows (including those on Parcel Nos. 1603221 and 1603591,
  and/or 16121501) and other production areas (including confinement
  structures constructed on Bear Branch Road) that prevent discharges of
  stormwater containing manure, process wastewater, and Other Pollutants
  caused by storms up to and including the 25-year, 24-hour storm.

- Failure of the NMP to comply with all requirements of Part IV.B of
  GAG930000 and 40 C.F.R. § 122.42(e)(1) & (5).

- Failure to timely notify EPD of changes to the operation that could
  increase the quantity of manure and process wastewater discharged.

- Failure to develop and implement all the Best Management Practices for
  land application of manure and/or process wastewater specified in 40
  C.F.R. § 412.4.

- Failure to implement all the requirements of 40 C.F.R. § 412.37.

- Failure to ensure that discharges associated with the land application of
  process wastewater and/or manure comply with the Minimum Standards
  in Part II.H of GAG930000 and a current and approved NMP, including:
  failure to divert clean water and floodwaters from contact with manure
  and feedlots; failure to provide adequate storage capacity so that land
  application occurs only during periods when land or weather conditions
  are suitable for manure and wastewater application; failure to land apply
  manure and/or wastewater in accordance with proper agricultural practice
  and land application rates based on the most appropriate nutrient in the
  soil, type of crop, appropriate crop yields, soil type, and all nutrient inputs;
  and land application of manure and/or wastewater during rainfall events
  and within 24 hours of precipitation with the potential to create manure
  and/or wastewater runoff into Waters of the State.

The locations of the violations of the CWA include but are not limited to the open lots,
feedlots, other production areas, and land application areas at Leatherbrook Holsteins that
constitute the CAFO, as described in 33 U.S.C. § 1362(14).  The locations of the violations and
illegal point source discharges also include but are not limited to these pipes, drains, ditches,
channels, conduits, and other point sources shown on the chart below and attached maps.  The
maps of the land application areas in Leatherbrook Holsteins' own NMP show point sources on
these areas and areas of concentrated flow on these areas to/through many of these point sources.

Dr. Adam Graft
May 9, 2019
Page 6 of 18

## Figure 2: GPS Locations of Known Point Source Discharges

| Point Source Name on Attached Maps | Approximate Location |
|---|---|
| BB 1 | 31°58'21.98"N, 84°15'14.78"W |
| BB 2 | 31°58'29.12"N, 84°15'25.88"W |
| BB 3 | 31°58'51.80"N, 84°15'26.11"W |
| BB 4 | 31°58'53.45"N, 84°15'18.45"W |
| BB 5 | 31°59'2.86"N, 84°15'21.60"W |
| BB 6 | 31°59'12.58"N, 84°15'13.10"W |
| BB 7 | 31°59'23.76"N, 84°15'12.67"W |
| BB 8 | 31°59'27.77"N, 84°15'21.09"W |
| BB 9 | 31°59'31.15"N, 84°15'52.30"W |
| BB 10 | 31°59'37.35"N, 84°15'27.84"W |
| BB 11 | 31°59'41.01"N, 84°15'32.40"W |
| BB 12 | 31°59'47.15"N, 84°15'43.56"W |
| BB 13 | 31°59'53.29"N, 84°15'46.82"W |
| BB 14 | 32° 0'10.96"N, 84°16'13.28"W |
| BB 15 | 32° 0'46.70"N, 84°16'50.96"W |
| BB 16 | 32° 0'52.46"N, 84°16'50.50"W |
| BB 17 | 32° 0'57.25"N, 84°15'49.86"W |
| BB 18 | 32° 1'5.87"N, 84°15'53.09"W |
| BB 19 | 32° 1'21.41"N, 84°16'32.44"W |
| MLE 1 | 31°56'16.08"N, 84°13'16.30"W |
| MLE 2 | 31°58'23.32"N, 84°14'11.15"W |
| MLE 3 | 31°58'52.77"N, 84°13'57.15"W |
| MLE 4 | 32° 0'8.70"N, 84°14'32.90"W |
| MLE 5 | 32° 0'52.50"N, 84°15'8.83"W |
| MKLCHE 1 | 31°56'57.60"N, 84°18'44.59"W |
| MKLCHE 2 | 31°57'55.32"N, 84°16'35.50"W |
| MKLCHE 3 | 31°58'2.52"N, 84°17'1.92"W |
| MKLCHE 4 | 31°58'29.43"N, 84°16'38.17"W |
| MKLCHE 5 | 31°58'47.50"N, 84°16'24.57"W |
| MKLCHE 6 | 31°59'50.06"N, 84°19'12.67"W |
| Well | 31°58'22.76"N, 84°14'26.87"W |

Dr. Adam Graft
May 9, 2019
Page 7 of 18

**Figure 3: Runoff of Manure and Pollutants from Feedlot into Bear Branch**



**Figure 4: BB 9 (Pipe) Discharging Manure and Pollutants from Feedlot into Bear Branch**



Dr. Adam Graft
May 9, 2019
Page 8 of 18

The dates of the known violations and illegal discharges include but are not limited to the dates below plus dates of land application of manure and/or process wastewater and rain events greater than .75-inch in Leatherbrook Holsteins' records:

### Figure 4: Dates of Known Violations and Illegal Discharges of Pollutants

| 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|------|------|------|------|------|------|
| 5/14/2014 | 1/22/2015 | 1/15/2016 | 1/1/2017 | 2/7/2018 | 1/3/2019 |
| 7/10/2014 | 1/23/2015 | 2/3/2016 | 1/2/2017 | 2/11/2018 | 1/4/2019 |
| 7/15/2014 | 2/22/2015 | 2/15/2016 | 1/21/2017 | 3/11/2018 | 1/14/2019 |
| 7/20/2014 | 2/25/2015 | 4/1/2016 | 1/22/2017 | 4/15/2018 | 1/19/2019 |
| 7/25/2014 | 4/10/2015 | 5/19/2016 | 2/6/2017 | 4/22/2018 | 1/23/2019 |
| 9/3/2014 | 4/17/2015 | 6/14/2016 | 2/7/2017 | 5/7/2018 | 1/28/2019 |
| 9/7/2014 | 4/19/2015 | 6/26/2016 | 4/5/2017 | 5/21/2018 | 1/29/2019 |
| 9/22/2014 | 5/31/2015 | 7/19/2016 | 4/23/2017 | 5/27/2018 | 2/10/2019 |
| 10/14/2014 | 7/15/2015 | 8/2/2016 | 5/4/2017 | 5/30/2018 | 2/12/2019 |
| 11/16/2014 | 7/23/2015 | 8/10/2016 | 5/13/2017 | 6/2/2018 | 2/25/2019 |
| 11/17/2014 | 7/29/2015 | 8/23/2016 | 5/20/2017 | 6/9/2018 | 3/3/2019 |
| 11/22/2014 | 7/30/2015 | 9/11/2016 | 5/21/2017 | 6/11/2018 | 3/4/2019 |
| 11/23/2014 | 8/6/2015 | 12/4/2016 | 5/23/2017 | 6/28/2018 | 3/5/2019 |
| 11/25/2014 | 8/28/2015 | 12/5/2016 | 6/6/2017 | 6/30/2018 | 3/11/2019 |
| 12/23/2014 | 9/8/2015 | 12/18/2016 | 6/7/2017 | 7/19/2018 | 3/12/2019 |
| 12/24/2014 | 9/21/2015 | | 6/11/2017 | 7/21/2018 | 3/26/2019 |
| | 9/22/2015 | | 6/19/2017 | 7/23/2018 | 4/5/2019 |
| | 11/1/2015 | | 6/20/2017 | 8/1/2018 | 4/9/2019 |
| | 11/8/2015 | | 6/29/2017 | 8/2/2018 | 4/19/2019 |
| | 11/18/2015 | | 6/30/2017 | 8/3/2018 | |
| | 12/16/2015 | | 7/2/2017 | 8/7/2018 | |
| | 12/17/2015 | | 7/12/2017 | 8/20/2018 | |
| | 12/21/2015 | | 7/24/2017 | 9/26/2018 | |
| | 12/22/2015 | | 7/25/2017 | 9/29/2018 | |
| | 12/23/2015 | | 8/3/2017 | 10/10/2018 | |
| | 12/24/2015 | | 9/11/2017 | 10/14/2018 | |
| | 12/28/2015 | | 10/22/2017 | 10/26/2018 | |
| | 12/31/2015 | | 10/23/2017 | 11/6/2018 | |
| | | | 10/28/2017 | 11/7/2018 | |
| | | | 12/7/2017 | 11/12/2018 | |
| | | | 12/8/2017 | 11/14/2018 | |
| | | | | 11/15/2018 | |
| | | | | 12/1/2018 | |
| | | | | 12/2/2018 | |
| | | | | 12/3/2018 | |
| | | | | 12/8/2018 | |
| | | | | 12/9/2018 | |
| | | | | 12/13/2018 | |
| | | | | 12/14/2018 | |
| | | | | 12/17/2018 | |
| | | | | 12/20/2018 | |
| | | | | 12/28/2018 | |

Dr. Adam Graft
May 9, 2019
Page 9 of 18

# VIOLATIONS OF THE CLEAN WATER ACT:
## ILLEGAL AND UNPERMITTED DISCHARGES OF DREDGED OR FILL MATERIAL

Section 404 of the CWA, 33 U.S.C. § 1344 prohibits the "discharge of dredged or fill material" into waters of the United States without a permit issued by the U.S. Army Corps of Engineers. Section 404(f)(1)(A) of the CWA creates a narrow exception to this prohibition for "the discharge of dredged or fill material from normal farming . . . activities such as plowing, seeding, cultivating [and] minor drainage." 33 U.S.C. § 1344(f)(1)(A).

To qualify as "normal farming" the activities "must be part of an established (i.e., ongoing) farming . . . operation and must be in accordance with definitions in § 323.4(a)(1)(iii)." 33 C.F.R. § 323.4(a)(1)(ii). "Activities that bring an area into farming . . . use are not part of an established operation." 33 C.F.R. § 323.4(a)(1)(ii). The term plowing "does not include the redistribution of soil, rock, sand, or other surficial materials in a manner which changes any area of the waters of the United States to dry land." 33 C.F.R. § 323.4(a)(1)(iii)(D). For example, "the redistribution of surface materials by blading, grading, or other means to fill in wetland areas is not plowing." 33 U.S.C. § 323.4(a)(1)(iii)(D).

The term "minor drainage" does "not include drainage associated with the immediate or gradual conversion of a wetland to a non-wetland . . . or conversion from one wetland use to another (for example, silviculture to farming)." 33 C.F.R. § 323.4(a)(1)(iii)(C)(2). In addition, "minor drainage" does "not include the construction of any canal, ditch, dike or other waterway or structure which drains or otherwise significantly modifies . . . any other wetland . . . constituting waters of the United States. Any discharge of dredged or fill material into the waters of the United States incidental to the construction of any such structure or waterway requires a permit." 33 C.F.R. § 323.4(a)(1)(iii)(C)(2).

Where Section 404(f)(1) exempts a discharge from the permit requirement, the discharge is "recaptured" by the permit requirement under Section 404(f)(2). This section states that "any discharge of dredged or fill material into the navigable waters incidental to any activity having as its purpose bringing an area of the navigable waters into a use to which it was not previously subject, where the flow or circulation of navigable waters may be impaired or the reach of such waters be reduced, shall be required to have a permit under this section." 33 U.S.C. § 1344(f)(2). Under the "recapture" provision, "a permit will be required for . . . the conversion of a wetland from silvicultural to agricultural use when there is a discharge of dredged or fill material into waters of the United States in conjunction with construction of dikes, drainage ditches or other works or structures used to effect such conversion." 33 C.F.R. § 323.4(c).

Leatherbrook Holsteins in in violation of Section 404 of the CWA because it has filled several areas of wetlands by blading, grading, or other means, including those areas shown on the chart below and the attached maps, without a permit. It is also in violation of Section 404 of the CWA because it has constructed several drainage ditches and structures that have drained or otherwise significantly modified several areas of wetlands and discharged dredged or fill material into the Waters during such construction without a permit. These violations are ongoing as the dredged and fill material and drainage structures remain in the Waters.

Dr. Adam Graft
May 9, 2019
Page 10 of 18

### Figure 5: GPS Locations of Known Discharges of Dredged or Fill Material

| Fill or Drainage Structure | Approximate Location |
| --- | --- |
| A | 31°58'50.18"N, 84°15'18.71"W |
| B | 31°58'25.76"N, 84°15'33.52"W |
| C | 31°58'6.58"N, 84°15'30.63"W |
| D | 31°58'7.16"N, 84°16'24.74"W |
| E | 31°57'3.02"N, 84°18'54.52"W |

### Figure 6: Illegal Discharges of Dredged and Fill Material into Bear Branch



Dr. Adam Graft
May 9, 2019
Page 11 of 18

## VIOLATIONS OF THE RESOURCE CONSERVATION AND RECOVERY ACT: IMMINENT AND SUBSTANTIAL ENDANGERMENT

A violation of RCRA exists where any person has contributed or is contributing to the past or present handling, storage, treatment, transportation, or disposal of any "solid waste" which "may" present an imminent and substantial endangerment to health or the environment. 42 U.S.C. § 6972(a). RCRA defines "solid waste" to include "any garbage, refuse . . . and other discarded material, including solid, liquid, semisolid or contained gaseous material resulting from agricultural operations." 42 U.S.C. § 6902(27). Discarded material includes material that is cast aside, rejected, abandoned, or given up. Agricultural wastes are subject to RCRA if they are not "returned to the soil as fertilizers or soil conditioners." 40 C.F.R. § 257.1(c)(1). Manure is discarded material where it is used or handled in a way that its otherwise useful purpose as a fertilizer is eliminated or disregarded. The manure and process wastewater at Leatherbrook Holsteins is handled, stored, treated, transported, and disposed of by Leatherbrook Holsteins in a way that makes it discarded and, as a result, a "solid waste" under RCRA for these reasons:

1.      Based on public records, Leatherbrook Holsteins does not make agronomic use of its manure/process wastewater. It land applies manure and/or process wastewater based on a maximum crop nitrogen uptake rate/level each year without first heeding: (1) the amount of residual soil nitrate, ammonium, phosphorus, and potassium, organic matter, and other sources of fertilization before land application of manure/process wastewater; (2) the amount of nitrogen, ammonium, phosphorus, potassium, and other plant-fertilizing nutrients in its manure before application; and (3) crop yields, which must be varied based on prior years' applications.

As an example, public records show that for several years Leatherbrook Holsteins has applied more than 1,000 pounds/acre of nitrogen and more than 350 pounds/acre of phosphorus to several of its application fields. They also show that these applications are based only on maximum crop nitrogen uptake/removal rates/levels of approximately 680 pounds/acre of plant available nitrogen ("PAN"). There is no evidence that the applications account for residual soil nitrate, ammonium, phosphorus, potassium, organic matter, and other sources of fertilization before the applications. The phosphorus indexes in the NMP are incorrectly calculated as "low" or "medium" rather than "very high" because they do not consider current soil, manure, and application data and the drainage structures and channelized flow in several application areas.

The result of such practices is over-applications of manure and process wastewater to Leatherbrook Holsteins' application fields, overloading the soils with far more nutrients than the crop can effectively use as fertilizer (particularly nitrate and phosphorus). For example, large amounts of phosphorus have accumulated in several application fields (235 to 355 lb./acre). Such nutrients, especially nitrate, migrate downward through the soil with each subsequent application and precipitation event. The soils of Leatherbrook Holsteins are sandy, well drained, and have low cation exchange capacities ("CEC") of about 4 to 6 meq/100g, which exacerbates such migration and leaching. Once the nutrients move past crop root zones, they can no longer be used by crops as fertilizer and are effectively lost to the environment. Once lost to the environment, the nutrients continue to move downward through the soil profile, where they are discharged into the aquifer, leading to contamination of groundwater and other resources.

Additionally, since at least 2010 Leatherbrook Holsteins has land applied approximately half a billion gallons (500,000,000) of liquid manure and process wastewater and more than 300,000 tons of solid manure without reference to a current, approved NMP, in violation of LAS General Permit GAG940000, and in a manner contrary to NRCS Conservation Practice Standard 590 (Nutrient Management).  For example, from 2010 to the present, Leatherbrook Holsteins increased the number of cows from approximately 3,000 to more than 12,000, and land applied manure and process wastewater to several new land application areas but failed to prepare and submit an updated NMP to EPD for review and approval.

Further, Leatherbrook Holsteins discards its manure by applying it at times when the crops are unlikely to uptake the nutrients as fertilizer, as well as applying it during weather conditions that cause manure nutrients to percolate into soils or runoff application fields, where they cannot be used by the crop for fertilization.  Leatherbrook Holsteins keeps hundreds of cows on or directly next to several land application areas which exacerbates the over-application of nutrients to these areas.  For several years Leatherbrook Holsteins has also had limited storage capacity and only had a few feet of freeboard on the waste storage ponds forcing Leatherbrook Holsteins to apply manure/process wastewater more often and during periods of wet weather.

**Figure 7: Buildup of Discarded/Overapplied Phosphorus (lbs./acre)**

| Area | 2007 | 2010 | 2016 | 2018 |
|---|---|---|---|---|
| Field 6 | 93 | 125 | 229 | 355 |
| Field 7 | 119 | 190 | 213 | 280 |
| Fields 3/4/5 | 150 | 188 | 206 | 239 |
| Fields 1/2 | 130 | 149 | 202 | 235 |

2.      The manure and process wastewater lagoons at Leatherbrook Holsteins are unlined earthen impoundments.  Such impoundments were, at best, constructed with a specific discharge rate, meaning the lagoons leak thousands of gallons of manure per day.  As a result, since the date the lagoons were brought into operation, large amounts of manure and/or process wastewater have leaked, seeped, and leached from Leatherbrook Holsteins' lagoons, causing vast quantities of nitrate, phosphorus, and Other Pollutants to enter the soils and aquifer.  Nutrients that have leaked through the bottom of the lagoons are not used by Leatherbrook Holsteins for fertilization purposes, but rather are lost to the environment.  Leatherbrook Holsteins is located in an area designated by EPD as having "high susceptibility" to groundwater pollution and an area of "most significant groundwater recharge" in the Claiborne aquifer.

Furthermore, based on information and belief, Leatherbrook Holsteins has failed to take proper care and maintenance of its lagoons, exacerbating the leakage rates.  Indeed, around 2016, Leatherbrook Holsteins had to stop using Waste Storage Pond 1 because it was leaking large quantities of nitrate, phosphorus, and Other Pollutants.  Additionally, as noted above, the soils of Leatherbrook Holsteins are sandy, well drained, and have low CECs.  Such soils allow for the rapid transport of manure and process wastewater nutrients from the lagoons into the aquifer.  This puts the local groundwater at high risk for contamination—contamination that, as explained below, is already near or above the Maximum Contaminant Level ("MCL") for nitrate.

Dr. Adam Graft
May 9, 2019
Page 13 of 18

        3.    Leatherbrook Holsteins fails to routinely clear its open pens and feedlots
(containing up to 7,000 cows) of accumulated animal excrement.  This has caused large amounts
of manure to runoff into adjacent surface waters.  It has also caused large amounts of nitrate,
phosphorus, and Other Pollutants to leach into the soil and underlying aquifer.  Leatherbrook
Holsteins does not grow crops in its open pens and feedlots, meaning the nutrients lost to the
environment are never used for fertilization purposes.  The NMP does not account for the large
volumes of waste produced by the thousands of cows on the open pens and feedlots.

        Thus, Leatherbrook Holsteins has discarded its manure/process wastewater, making it a
"solid waste" under RCRA.  This discarded manure/process wastewater may, and indeed does,
present an imminent and substantial endangerment to health or the environment in these ways:

- Exceedances in the Waters of EPA's Aquatic Life Criteria and Georgia
  EPD's Water Quality Standards for several pollutants including bacteria,
  dissolved oxygen, total phosphorus, and ammonia nitrogen.

- Pollution and eutrophication (overgrowth of plant life and decline of
  biological community) of the Waters with the pollutants listed above and
  degradation of streams not supporting their designated uses of fishing.
  The segment of Muckalee Creek downstream of Leatherbrook Holsteins is
  on the list of "impaired streams" for not supporting its designated use of
  fishing because of fecal coliform pollution.  The segment of
  Muckaloochee Creek downstream of Leatherbrook Holsteins is also on the
  list of impaired streams for not supporting its designated use of fishing
  because of an impaired fish community from pollution.

- Contamination of the local aquifer and drinking water sources with high
  levels of nitrates (near and/or above the 10 mg/l MCL) and Other
  Pollutants including E. coli, phosphorus, and hormones, antibiotics, and
  pharmaceuticals used at Leatherbrook Holsteins.  The MCL is the highest
  level of a pollutant that is allowed in drinking water.  Human consumption
  of water at and even below 10 mg/l of nitrates can cause many serious
  health problems including methemoglobinemia ("blue baby syndrome") a
  fatal condition that affects infants, certain cancers, thyroid disease, and
  birth defects/adverse pregnancy outcomes, among other health problems.
  The concentrations of nitrates in the wells next to the lagoons have been
  greater than 40 mg/l in recent years.  The concentrations of nitrates in one
  or more wells on clients' properties are near and/or above 10 mg/l.

- Contamination of local air resources with flies and noxious malodors that
  unreasonably interfere with use and enjoyment of clients' properties.

        These RCRA violations have been continual since Leatherbrook Holsteins began
operations and continue unabated.  The dates of surface water contamination include the dates
identified above, as well as the dates of land disposal of manure and process wastewater.

Dr. Adam Graft
May 9, 2019
Page 14 of 18

### Figure 8: Eutrophication of Local Waters Caused by Leatherbrook Holsteins





Dr. Adam Graft
May 9, 2019
Page 15 of 18

## VIOLATIONS OF THE RESOURCE CONSERVATION AND RECOVERY ACT: OPEN DUMPING

RCRA prohibits any solid waste management practice or disposal of solid waste that constitutes "open dumping." 42 U.S.C. § 6945(a). Open dumping is defined at 40 C.F.R. § 257.3-1–8. Leatherbrook Holsteins disposal of manure and/or process wastewater at Leatherbrook Holsteins constitutes open dumping because it has:

- Introduced nitrates and Other Pollutants into underground drinking water sources that have caused an increase in the concentration of these pollutants in these sources and/or have caused the concentration of nitrates in these sources to exceed the MCL of 10 mg/l beyond the solid waste boundary.

- Adversely modified critical habitat of threatened and endangered species by polluting the segment of Muckalee Creek downstream of Leatherbrook Holsteins and critical habitat for the purple bankclimber, shinyrayed pocketbook, oval Pigtoe, and Gulf moccasinshell.

- Caused pollution of the Waters that violates legal requirements for Animal Feeding Operations implementing an areawide or Statewide water quality management plan that has been approved by EPA under Section 208 of the CWA including violations of General LAS Permit GAG940000.

These RCRA violations have been continual since Leatherbrook Holsteins began operations and continue unabated. They include all dates of land disposal of manure and process wastewater.

## CIVIL PENALTIES AND INJUNCTIVE RELIEF

The lawsuit will allege that each of the separate failures identified above constitutes a discrete violation of the CWA and RCRA, subjecting Leatherbrook Holsteins to a daily penalty of up to **$54,833** per day, per violation of the CWA, and a daily penalty of up to **$74,552** per day, per violation of RCRA. In additional to civil penalties, we will seek an order requiring Leatherbrook Holsteins to abate all discharges and to come into full compliance with the CWA and RCRA and an injunction to force Leatherbrook Holsteins to clean up the pollution and contamination. Furthermore, our clients will seek an order from the Court requiring Leatherbrook Holsteins to pay clients' attorneys' fees and costs, which include expert witness fees and costs. The lawsuit will also seek damages, injunctive relief, and attorneys' fees and expenses for violating state law including, but not limited to, trespass, nuisance, negligence, and violation of clients' riparian rights.

Dr. Adam Graft
May 9, 2019
Page 16 of 18

## PARTIES GIVING NOTICE

The names, addresses, and telephone numbers of the parties giving this Notice of Intent to Sue are (all these parties must be contacted through undersigned counsel):

Emory Cornwell Webb
Parcel Nos. 1602261, 1602266
1210 Sam Rodgers Road
Smithville, GA 31787
Telephone: (229) 942-8380

Estate of Sue Rawls Cornwell
Parcel No. 1607762
c/o Emory Cornwell Webb, Executor
304 Cornwell Road
Americus, GA 31719
Telephone: (229) 942-8380

Linda Cornwell Turpin, Trustee
Claire Cornwell-Williams, Trustee
Estate of Woodie C. Cornwell
Woodie Cornwell Marital & Residuary Trusts
Parcel Nos. 1606781, 1607951, 1607773,
1607971
304 Cornwell Road
Americus, GA 31719
Telephone: (912) 658-4414

Dr. Henry S. Teaford, Jr.
Parcel No. 16061251
813 Hancock Drive
Americus, GA 31709
Telephone: (229) 591-0343

Jenny Crisp
J Crisp Enterprises, LLC
Parcel No. 16071281
P.O. Box 16
Andersonville, GA 31711
Telephone: (229) 869-4160

Flint Riverkeeper, Inc.
102 Pine Avenue
Albany, GA 31701
Telephone: (229) 435-2241

Harold J. Israel, Jr.
Parcel No. 160154
265 Della Glass Road
Smithville, GA 31787
Telephone: (229) 591-0640

Mark W. Israel
Parcel Nos. 17172312, 17172311
607 Croxton Cross Road
Smithville, GA 31787
Telephone: (229) 938-8943

Charles L. Israel
Parcel Nos. 1602271, 1602274, 160271
284 Croxton Cross Road
Smithville, GA 31787
Telephone: (229) 938-7680

Mary Beth Powell Rogers
Parcel No. 160612610
212 Valley Drive
Americus, GA 31709
Telephone: (229) 591-9657

Verdura Land & Timber Co.
Mary Linda Cotten
Parcel Nos. 16081321, 16091403
2608 Kenilworth Drive
Albany, GA 31707
Telephone: (229) 347-0953

Marjorie Cornwell McRee
572 Ga. Highway 118W
Smithville, GA 31787
Telephone: (229) 938-9496

Dr. Adam Graft
May 8, 2019
Page 17 of 18

The names, addresses, and telephone numbers of counsel for the parties giving this Notice of Intent to Sue:

Tyler J. Sniff
Donald D.J. Stack
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, GA 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
Email: tsniff@stack-envirolaw.com
dstack@stack-envirolaw.com

Daniel C. Snyder
Charles M. Tebbutt
LAW OFFICES OF CHARLES M. TEBBUTT, P.C.
941 Lawrence Street
Eugene, OR 97401
Telephone: (541) 344-3505
Facsimile: (541) 344-3516
Email: dan@tebbuttlaw.com
charlie@tebbuttlaw.com

April S. Lipscomb
Hutton R. Brown
SOUTHERN ENVIRONMENTAL LAW CENTER
10 10th Street, NW
Atlanta, GA 30309
Telephone: (404) 521-9900
Facsimile: (404) 521-9909
Email: hbrown@selcga.com
alipscomb@selcga.com

## CONCLUSION

We will be available to discuss effective actions and remedies that will bring your dairy CAFO into compliance with the Clean Water Act, Resource Conservation and Recovery Act, and all other applicable local, state, and federal environmental laws. If you wish to avail yourself of this opportunity and avoid the need for costly and adversarial litigation, or if you have any questions about this letter, please contact the undersigned. If you are or will be represented by an attorney, please have that attorney contact the undersigned instead.

Sincerely,

Tyler J. Sniff

Attachments A through I

Dr. Adam Graft
May 9, 2019
Page 18 of 18

cc:   **VIA CERTIFIED AND REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Andrew Wheeler, Administrator, U.S. EPA
Environmental Protection Agency
Office of the Administrator, MC 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

**VIA CERTIFIED AND REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Mary Walker, Regional Administrator
U.S. EPA, Region 4
Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, Georgia 30303-3104

**VIA CERTIFIED AND REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Richard Dunn, Director
Georgia Environmental Protection Division
2 Martin Luther King, Jr. Drive, SE
Suite 1456, East Tower
Atlanta, Georgia 30334-9000

**Attachment A: Locations of Known Violations of CWA/RCRA (Bear Branch Watershed (Red), Lagoons (Orange), Feedlots (Purple), LAS Areas (Yellow), Point Sources (Pins))**



**Attachment B: Locations of Known Violations of RCRA**
<u>**Leaking Manure and Process Wastewater Lagoons**</u>



**Attachment C: Locations of Known Violations of CWA/RCRA (Bear Branch Watershed (Red), Lagoons (Orange), LAS Areas (Yellow), Point Sources (Pins))**



**Attachment D: Locations of Known Violations of CWA/RCRA (Bear Branch Watershed (Red), Feedlots (Purple), LAS Areas (Yellow), Point Sources (Pins))**



**Attachment E: Locations of Known Violations of CWA/RCRA (Bear Branch Watershed
(Red), Feedlots (Purple), LAS Areas (Yellow), Point Sources (Pins))**



**Attachment F: Extent of Waters of the United States Before Section 404 Violations (2009)**



**Attachment G: Waters of the United States Destroyed by Leatherbrook Holsteins (2018)**



**Attachment H: Known Discharges of Dredged/Fill Material 2010 (Top) v. 2018 (Bottom)**





**Attachment I: Destruction of Wetlands on LAS Area (Yellow)**
**Adjacent to Mark Israel Property (Blue) 2012 (Top) v. 2018 (Bottom)**



