AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Middle District of Georgia

| | |
|---|---|
| Cornwell McRee, Marjorie, Cornwell Webb, Emory; Cornwell Turpin, Linda; Cornwell-Williams, Claire; Israel, Mark W.; Israel, Charles, L. Israel, Jr., Harold; Teaford, Jr., Henry S.; Powell Rogers, Mary Beth; Crisp, Jenny; J Crisp Enterprises, LLC; Cotten, Mary Linda; Verdura Land & Timber Co.; Flint Riverkeeper, Inc. | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. |
| Leatherbrook Holsteins, LLC, Leatherbrook Holsteins #3, LLC, and Adam L. Graft | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leatherbrook Holsteins #3, LLC
c/o Adam L. Graft, Manager/Registered Agent
2620 South Lee Street Road
Americus, GA 31709

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler J. Sniff
Donald D.J. Stack
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, GA 30303
Telephone: (404) 525-9205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                    *Signature of Clerk or Deputy Clerk*