**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| MARJORIE CORNWELL MCREE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEATHERBROOK HOLSTEINS, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:19-CV-00118-LAG |

**PLAINTIFF FLINT RIVERKEEPER, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Under Local Rule 87.1 and Federal Rule of Civil Procedure 7.1, Plaintiff Flint Riverkeeper, Inc. hereby states that it is a nonprofit corporate with no parent or subsidiary corporation and that no publicly held company owns 10% or more of the party's stock.

Respectfully submitted,

Date: **July 11, 2019**

**/s/ Tyler J. Sniff**
Donald D.J. Stack
Georgia Bar No. 673735
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
Email: dstack@stack-envirolaw.com
tsniff@stack-envirolaw.com

*Counsel for All Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I electronically filed the foregoing using the Court's CM/ECF system and thus also served the foregoing on all counsel of record.

Date: **July 11, 2019**

/s/ **Tyler J. Sniff**
Tyler J. Sniff
Georgia Bar No. 403125
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
Email: tsniff@stack-envirolaw.com