IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MARJORIE CORNWELL MCREE, *et al.*, | : : : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.:  1:19-CV-118 (LAG) |
| LEATHERBROOK HOLSTEINS, LLC, *et al.*, | : : : | |
| Defendants. | : : | |

## **ORDER**

    Before the Court is Defendants' Counsel Louis E. Hatcher's Motion to Withdraw as Counsel (Motion) (Doc. 17). Therein, Mr. Hatcher moves to withdraw as counsel for Defendants pursuant to Middle District of Georgia Local Rule 83.1.4. (*Id.*) Mr. Hatcher represents that he has complied with the notice requirements of Local Rule 83.1.4 and that Defendants consent to his withdrawal. (*Id.*) Mr. Hatcher further represents that Defendants will continue to be represented by Douglas A. Henderson and Nicholas H. Howell of King & Spalding LLP and that Smith Wilson of Gardner, Willis, Sweat, Plaire & Pickett, LLP will be substituted as counsel. (*Id.*) Accordingly, for good cause shown, Mr. Hatcher's Motion (Doc. 17) is **GRANTED**.

    **SO ORDERED**, this 6th day of January, 2020.

                                          /s/ Leslie A. Gardner
                                          **LESLIE A. GARDNER, JUDGE**
                                          **UNITED STATES DISTRICT COURT**