**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MARJORIE CORNWELL MCREE, *et al.*, : : : Plaintiffs, : : v. : : LEATHERBROOK HOLSTEINS, LLC, *et al.*, : : : Defendants. : : | CASE NO.: 1:19-CV-118 (LAG) |

**ORDER**

Before the Court is Defendants Leatherbrook Holsteins, LLC, Leatherbrook Holsteins #3, LLC, and Adam Graft's Unopposed Motion to Amend (Motion) (Doc. 54). On November 2, 2020, after receiving leave from the Court, Defendants filed a surreply in opposition to Plaintiffs' Motion for Preliminary Injunction. (Docs. 27, 51.) Defendants now seek to amend their surreply by substituting footnote 10. (Doc. 54 at 1.) The Motion is unopposed, and Defendants have submitted an amended surreply as an exhibit. (*Id.*; Doc. 54-1.) The proposed amended footnote merely condenses the same facts that are in the original footnote. (*See* Doc. 51 at 18 n.10; Doc. 54-1 at 18 n.10.) For good cause shown, Defendants' Motion is **GRANTED**.

**SO ORDERED**, this 8th day of December, 2020.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE
UNITED STATES DISTRICT COURT**