**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MARJORIE CORNWELL MCREE, *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> LEATHERBROOK HOLSTEINS, LLC, : <br> *et al.*, : <br> : <br> Defendants. : <br> : | CASE NO.: 1:19-CV-118 (LAG) |

**ORDER**

Before the Court is the Parties' Joint Motion to Stay Proceedings (Motion) (Doc. 57). On November 20, 2020, the Court stayed this action through January 15, 2021. (Doc. 55.) The Parties assert that they have engaged in settlement negotiations and are currently mediating this case. (Doc. 57 ¶¶ 2, 6.) They, therefore, wish to extend the stay in this action through and including February 1, 2021. (*Id.* ¶ 7.) The Parties assert that they will file a status update within a week of the expiration of the stay. (*Id.* ¶ 8.)

For good cause shown, the Parties' Motion (Doc. 57) is **GRANTED**. This action is hereby **STAYED** through and including **Monday, February 1, 2021**. The Parties are **ORDERED** to file a status update with the Court no later than **Monday, February 8, 2021**. The status report shall include the results of the mediation, and, in the event a settlement is not reached, a proposed scheduling order.

**SO ORDERED**, this 14th day of January, 2021.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE
UNITED STATES DISTRICT COURT**