# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MARJORIE CORNWELL MCREE; *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> LEATHERBROOK HOLSTEINS, LLC; *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-118-LAG |

## JOINT MOTION TO EXTEND STAY OF ALL PROCEEDINGS

Plaintiffs and Defendants (together, the "Parties") respectfully submit this Joint Motion to Extend the Stay of All Proceedings in this matter until June 1, 2021.

1. This matter was stayed until February 1, 2021 to allow the parties time to continue mediation. (Dkt. 58.)

2. In the Court's January 14, 2021 Order, the Court directed the parties to file a status update no later than February 8, 2021.

3. The Parties have made significant progress to resolve key technical issues. In an attempt to resolve the final remaining issues, the Parties are developing specific procedures and timeframes to resolve the outstanding issues with the mediator.

4. Accordingly, the parties request the existing stay be extended until June 1, 2021 to provide the parties sufficient time to finalize the procedure and resolve the remaining issues.

5. If the parties are unable to resolve the matter by June 1, 2021, the Parties will submit a status update by June 8, 2021, which would include a proposed scheduling order. In the

event the parties are able to resolve the dispute, the parties will submit a status update and the necessary motion seeking dismissal of this action.

6. Attached to this Motion for the Court's consideration is a Proposed Order.

Respectfully submitted this 1st day of February, 2021.

**/s/ Donald D.J. Stack (w/express permission)**
Donald D.J. Stack
Georgia Bar No. 673735
George Lott
Georgia Bar No. 820219
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
Email: dstack@stackenv.com
glott@stackenv.com

*Counsel for All Plaintiffs*

**/s/ R. Hutton Brown (w/ express permission)**
Robert D. Sherrier
Georgia Bar No. 979890
R. Hutton Brown
Georgia Bar No. 089280
April S. Lipscomb
Georgia Bar No. 884175
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street, NW, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 521-9900
Facsimile: (404) 521-9909
E-mail: bsherrier@selcga.org
hbrown@selcga.org
alipscomb@selcga.org

*Counsel for Plaintiff Flint Riverkeeper, Inc.*

**/s/ Nicholas H. Howell**
Douglas A. Henderson
Georgia Bar No. 345537
Nicholas H. Howell
Georgia Bar No. 741064
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 527-2769
Email: dhenderson@kslaw.com
nhowell@kslaw.com

*Counsel for All Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARJORIE CORNWELL MCREE; *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>LEATHERBROOK HOLSTEINS, LLC; *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-118-LAG |

**ORDER GRANTING JOINT MOTION TO EXTEND STAY OF ALL PROCEEDINGS**

For good cause shown, the Court hereby **GRANTS** the Parties' Joint Motion to Extend Stay of All Proceedings and hereby **ORDERS** as follows:

1. All deadlines in this matter are hereby **STAYED** until June 1, 2021.

2. The Parties shall submit a proposed scheduling order by June 8, 2021.

3. Any party may move for a dissolution of the stay at any time during its pendency, provided that such motion shall include a certification by counsel that they attempted in good faith to resolve any impasse prior to the filing of such motion.

**SO ORDERED** this ___ day of _____, 2021.

_____
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2021, a copy of the foregoing was filed via the CM/ECF system for the United States District Court for the Middle District of Georgia, which sent notice of such filing to all counsel of record.

/s/ Nicholas H. Howell