**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MARJORIE CORNWELL MCREE, *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> LEATHERBROOK HOLSTEINS, LLC, : <br> *et al.*, : <br> : <br> Defendants. : <br> : | CASE NO.: 1:19-CV-118 (LAG) |

# ORDER

Before the Court is the Parties' Joint Motion to Extend Stay of all Proceedings (Motion) (Doc. 64). On November 20, 2020, the Court stayed this action through January 15, 2021. (Doc. 55). On January 14, 2021, the Court extended the stay to February 1, 2021. (Doc. 58). On February 10, 2021, the Court extended the stay to June 1, 2021 and ordered the Parties to file a status update with the Court every thirty days in the event a settlement is not reached. (Doc. 60). On May 27, 2021, the Parties filed the present Motion. (Doc. 64). The Parties assert that they have held eleven in-person mediation sessions and continue to make progress towards a global resolution of claims in this case. (*Id.* ¶ 3). Due to the number of Parties involved in this case, however, the Parties need additional time to reach a global settlement. (*Id.*). They, therefore, request that the stay be extended to August 2, 2021. (*Id.* ¶ 4). The Parties will continue to submit monthly updates to the Court. (*Id.*). The Parties assert that they will submit a status update and proposed scheduling order by August 6, 2021 in the event they do not finalize a settlement by August 2, 2021. (*Id.* ¶ 5).

2

For good cause shown, the Parties' Motion (Doc. 64) is **GRANTED**. This action is hereby **STAYED** through and including **Monday, August 2, 2021**. The Parties are **ORDERED** to continue filing status updates with the Court every **thirty (30) days** and to submit a proposed scheduling order by **Friday, August 6, 2021** in the event a settlement is not reached.

**SO ORDERED**, this 10th day of June, 2021.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**
