IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARJORIE CORNWELL MCREE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEATHERBROOK HOLSTEINS, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:19-CV-00118-LAG |

## JOINT STATUS REPORT

Plaintiffs and Defendants (together, the "Parties") respectfully submit this Joint Status Report.

1. This matter was stayed until March 22, 2022 to allow the Parties time to continue mediation. (Dkt. 74.)

2. In the Court's Order, the Court directed the Parties to file a status update by February 22, 2022, and if a settlement is not finalized by March 22, 2022, to submit a proposed scheduling order by March 29, 2022. (*Id.*)

3. As reported in the Parties' previous status reports, the Parties have diligently worked on settlement of this complex case and have held twelve sessions of in-person mediation with the mediator, Richard A. Horder, including an in-person session on June 15, 2021 in Americus. The Parties have also continued weekly mediation discussions with the mediator by telephone and electronically as recently as the date of this filing.

4. The Parties are earnestly working to resolve the case by March 22 and hope to be able to report having done so by then.

1

Respectfully submitted this 22nd day of February 2022.

| | |
|---|---|
| **/s/ Donald D.J. Stack** | **/s/ Robert D. Sherrier** |
| Donald D.J. Stack | Robert D. Sherrier |
| Georgia Bar No. 673735 | Georgia Bar No. 979890 |
| George Lott | R. Hutton Brown |
| Georgia Bar No. 820219 | Georgia Bar No. 089280 |
| STACK & ASSOCIATES, P.C. | April S. Lipscomb |
| 260 Peachtree Street, Suite 1200 | Georgia Bar No. 884175 |
| Atlanta, Georgia 30303 | SOUTHERN ENVIRONMENTAL LAW CENTER |
| Telephone: (404) 525-9205 | Ten 10th Street, NW, Suite 1050 |
| Facsimile: (404) 522-0275 | Atlanta, Georgia 30309 |
| Email: dstack@stackenv.com | Telephone: (404) 521-9900 |
| glott@stackenv.com | E-mail: bsherrier@selcga.org |
| | hbrown@selcga.org |
| *Counsel for All Plaintiffs* | alipscomb@selcga.org |
| | |
| | *Counsel for Plaintiff Flint Riverkeeper, Inc.* |

**/s/ Nicholas H. Howell**
Douglas A. Henderson
Georgia Bar No. 345537
Nicholas H. Howell
Georgia Bar No. 741064
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 527-2769
Email: dhenderson@kslaw.com
nhowell@kslaw.com

*Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, I electronically filed the foregoing *Joint Status Report* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

**/s/ Robert D. Sherrier**
Robert D. Sherrier
Georgia Bar No. 979890
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street, NW, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 521-9900
Facsimile: (404) 521-9909
E-mail: bsherrier@selcga.org