**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| MARJORIE CORNWELL MCREE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEATHERBROOK HOLSTEINS, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 1:19-CV-00118-LAG |

**JOINT STATUS REPORT**

Plaintiffs and Defendants (together, the "Parties") respectfully submit this Joint Status Report relating to final case resolution documents in this matter, on which the Parties continue to work diligently.

1. As set forth in the Parties' status updates on March 22 and March 29, the Parties previously reached a framework for an agreement-in-principle for resolution of the case, including for the Clean Water Act claims as well as the state law claims alleged in the Amended Complaint. Since that time, the Parties have worked together to resolve outstanding issues and draft final settlement documents, including a proposed Consent Decree the Parties will submit for the Court's approval. Because of the number of claims and parties, it has taken a significant amount of time to negotiate and finalize the paperwork memorializing this agreement. (Dkts. 76–77.)

2. The Parties' status update on July 22, 2022 requested an extension of the case resolution deadline because the Mediator, Richard Horder, who was arbitrating two issues needed for full case resolution, required additional time to review the materials submitted to him, ask questions of the Parties, and issue a final decision. (Dkt. 79.) Mr. Horder is expected to

1

issue his final decision within the next few days, once the Parties finalize the terms of the Consent Decree.

       3.       The Parties have worked together and with the Mediator on a nearly daily basis since submission of the July 22 status report.  And while substantial progress has been made, the Parties have not yet finalized the agreements in this technical and complicated multi-party case. The Parties are very close to reaching agreement on all material terms and believe that the remaining issues can be concluded in a matter of days or at the most a few weeks.

       4.       As mentioned above, the Parties are finalizing the terms of a proposed Consent Decree which, according to the Clean Water Act, 33 U.S.C. § 1365(c)(3), must be submitted to the United States Department of Justice and the Environmental Protection Agency for review prior to review and approval by the Court.  The Parties expect to have a final, executed Consent Decree for the Court's review in very short order.

       5.       As evidence of the Parties' substantial progress, Plaintiffs Charles L. Israel and Mark W. Israel will, shortly after this Joint Status Report, submit notices of voluntary dismissal of their claims.

       6.       The Parties have expended thousands of attorney hours collectively mediating the case and have worked diligently to have all details of the global resolution for this dispute finalized by the Court's deadline.  And while the Parties are nearly there, final resolution will simply take a little more time.

       7.       The Parties request that the Court allow them to report back as soon possible with the final resolution documents. The Parties are prepared to have a conference with the Court to answer any questions.

Respectfully submitted this 14th day of September 2022.

<div style="column-count:2">

**/s/ Donald D.J. Stack**
Donald D.J. Stack
Georgia Bar No. 673735
George Lott
Georgia Bar No. 820219
STACK & ASSOCIATES, P.C.
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone: (404) 525-9205
Facsimile: (404) 522-0275
Email: dstack@stackenv.com
glott@stackenv.com
*Counsel for All Plaintiffs*

**/s/ Nicholas H. Howell**
Douglas A. Henderson
Georgia Bar No. 345537
Nicholas H. Howell
Georgia Bar No. 741064
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 527-2769
Email: dhenderson@kslaw.com
nhowell@kslaw.com
*Counsel for All Defendants*

**/s/ Robert D. Sherrier**
Robert D. Sherrier
Georgia Bar No. 979890
R. Hutton Brown
Georgia Bar No. 089280
April S. Lipscomb
Georgia Bar No. 884175
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street, NW, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 521-9900
E-mail: bsherrier@selcga.org
hbrown@selcga.org
alipscomb@selcga.org

*Counsel for Plaintiff Flint Riverkeeper, Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, I electronically filed the foregoing *Joint Status Report* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

    **/s/ Robert D. Sherrier**
Robert D. Sherrier
Georgia Bar No. 979890
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street, NW, Suite 1050
Atlanta, Georgia 30309
Telephone: (404) 521-9900
Facsimile: (404) 521-9909
E-mail: bsherrier@selcga.org