# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MARJORIE CORNWELL MCREE, et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION NO.: ) 1:19-CV-0118-LAG |
| v. | ) ) ) |
| LEATHERBROOK HOLSTEINS, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

_____

## JOINT MOTION TO APPROVE CONSENT DECREE

COME NOW all Parties to this action and hereby jointly move the Court to approve and enter the attached Proposed Consent Decree, *see* Exhibit A, after the statutorily required 45-day review period by the relevant federal agencies.

As required by 40 C.F.R. § 135.5(b)(1), Plaintiffs hereby notify the Court that under Section 1365(c)(3) of the Federal Water Pollution Control Act ("Clean Water Act" or "CWA") that the Court should not enter the Proposed Consent Decree "prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator [of the U.S. Environmental Protection Agency]." 33 U.S.C. § 1365(c).

In a later filing, Plaintiffs shall promptly "notify the Court . . . regarding the dates of service of the proposed consent judgment upon the Administrator and Attorney General," as required by 40 C.F.R. § 135.5(b)(2), so that the Court may then enter the Proposed Consent Decree.

Respectfully submitted, this 15th day of March, 2023.

| | |
|---|---|
| **/s/ Donald D.J. Stack** | **/s/ R. Hutton Brown** |
| Donald D.J. Stack | R. Hutton Brown |
| Georgia Bar No. 673735 | Georgia Bar No. 089280 |
| George Lott | April S. Lipscomb |
| Georgia Bar No. 820219 | Georgia Bar No. 884175 |
| Stack & Associates, P.C. | Robert D. Sherrier |
| 260 Peachtree Street, Suite 1200 | Georgia Bar No. 979890 |
| Atlanta, Georgia 30303 | Southern Environmental Law Center |
| Telephone: (404) 525-9205 | Ten 10th Street, NW, Suite 1050 |
| Facsimile: (404) 522-0275 | Atlanta, Georgia 30309 |
| Email: dstack@stackenv.com | Telephone: (404) 521-9900 |
| glott@stackenv.com | E-mail: hbrown@selcga.org |
| *Counsel for All Plaintiffs* | alipscomb@selcga.org |
| | bsherrier@selcga.org |
| **/s/ Nicholas H. Howell** | |
| Douglas A. Henderson | *Counsel for Plaintiff Flint Riverkeeper, Inc.* |
| Georgia Bar No. 345537 | |
| Nicholas H. Howell | |
| Georgia Bar No. 741064 | |
| King & Spalding LLP | |
| 1180 Peachtree Street, NE, Suite 1600 | |
| Atlanta, GA 30309 | |
| Telephone: (404) 527-2769 | |
| Email: dhenderson@kslaw.com | |
| nhowell@kslaw.com | |
| *Counsel for All Defendants* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on March 15, 2023, I electronically filed the foregoing **JOINT MOTION TO APPROVE CONSENT DECREE** using the Court's CM/ECF system, which will serve notice of filing to all registered users.

**/s/ R. Hutton Brown**

R. Hutton Brown
Georgia Bar No. 089280
SOUTHERN ENVIRONMENTAL LAW CENTER