IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARJORIE CORNWELL MCREE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEATHERBROOK HOLSTEINS, LLC, et al.,<br><br>Defendants. | Civil Action No. 1:19-CV-118-LAG |

**PLAINTIFFS' NOTICE TO THE COURT OF**
**DATES OF SERVICE OF CONSENT DECREE**

Plaintiffs hereby notify the Court, as required by 40 C.F.R. § 135.5(b)(2), that the Attorney General received a copy of the Proposed Consent Decree on March 16, 2023; the Administrator of the U.S. Environmental Protection Agency received a copy on March 23, 2023; and the Administrator of Region 4 of the U.S. Environmental Protection Agency received a copy on March 20, 2023.  *See* Proposed Consent Decree, Dkt. No. 84-1.  The Attorney General asserts, and Plaintiffs agree, that the 45-day period of review by the EPA and the Attorney General of the Proposed Consent Decree under Section 1365(c)(3) of the Federal Water Pollution Control Act and 40 C.F.R. § 135.5 ends on Monday, May 1, 2023.  **Therefore, under Section 1365(c)(3) of the Act, the Court may enter the Proposed Consent Decree after Monday, May 1, 2023.**

*[Remainder of page left intentionally blank]*

Respectfully submitted, this 28th day of March, 2023.

| | |
|---|---|
| */s/* **_Donald D.J. Stack_** | */s/* **_R. Hutton Brown_** |
| Donald D.J. Stack | R. Hutton Brown |
| Georgia Bar No. 673735 | Georgia Bar No. 089280 |
| George Lott | April S. Lipscomb |
| Georgia Bar No. 820219 | Georgia Bar No. 884175 |
| Stack & Associates, P.C. | Robert D. Sherrier |
| 260 Peachtree Street, Suite 1200 | Georgia Bar No. 979890 |
| Atlanta, Georgia 30303 | Southern Environmental Law Center |
| Telephone: (404) 525-9205 | Ten 10th Street, NW, Suite 1050 |
| Facsimile: (404) 522-0275 | Atlanta, Georgia 30309 |
| Email: dstack@stackenv.com | Telephone: (404) 521-9900 |
| glott@stackenv.com | E-mail: hbrown@selcga.org |
| | alipscomb@selcga.org |
| | bsherrier@selcga.org |
| *Counsel for All Plaintiffs* | |
| | *Counsel for Plaintiff Flint Riverkeeper, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on March 28, 2023, I electronically filed the foregoing PLAINTIFFS' NOTICE TO THE COURT OF DATES OF SERVICE OF CONSENT DECREE using the Court's CM/ECF system, which will serve notice of filing to all registered users.

*/s/ **R. Hutton Brown***
R. Hutton Brown
Georgia Bar No. 089280
SOUTHERN ENVIRONMENTAL LAW CENTER