# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MARJORIE CORNWELL MCREE, et al., | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION NO.: ) 1:19-cv-00118-LAG ) |
| v. | ) ) ) |
| LEATHERBROOK HOLSTEINS, LLC, et al., | ) ) ) |
| Defendants. | ) |

_____

### PLAINTIFFS' NOTICE TO THE COURT THAT THE 45-DAY REVIEW PERIOD HAS EXPIRED, THE UNITED STATES DOES NOT OBJECT, AND THE COURT MAY ENTER THE PROPOSED CONSENT DECREE

Plaintiffs hereby notify Court that it may enter the Proposed Consent Decree. Notice was provided to the United States as required on March 16, 2023. The 45-day review period under Section 1365(c)(3) of the Federal Water Pollution Control Act and 40 C.F.R. § 135.5 has expired, and the United States has notified Plaintiffs that it does not object to entry of the Proposed Consent Decree. *See* Exhibit A: Notice of No Objection. Therefore, under Section 1365(c)(3) of the Act, the Court may enter the Proposed Consent Decree immediately.

Respectfully submitted, this 9th day of May, 2023.

                               **SOUTHERN ENVVIRONMENTAL LAW CENTER**

                               */s/ R. Hutton Brown*
                               R. Hutton Brown
                               Georgia Bar No. 089280
                               April S. Lipscomb
                               Georgia Bar No. 884175
                               Robert D. Sherrier
                               Georgia Bar No. 979890
                               Ten 10th Street, NW, Suite 1050
                               Atlanta, Georgia 30309
                               Telephone: (404) 521-9900
                               E-mail: hbrown@selcga.org
                               alipscomb@selcga.org
                               bsherrier@selcga.org

                               *Counsel for Plaintiff Flint Riverkeeper, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on May 9, 2023, I electronically filed the foregoing PLAINTIFFS' NOTICE TO THE COURT THAT THE 45-DAY REVIEW PERIOD HAS EXPIRED, THE UNITED STATES DOES NOT OBJECT, AND THE COURT MAY ENTER THE PROPOSED CONSENT DECREE using the Court's CM/ECF system, which will serve notice of filing to all registered users.

SOUTHERN ENVIRONMENTAL
LAW CENTER

*/s/ R. Hutton Brown*
R. Hutton Brown